IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **REBECCA BEAVER** and **HOLLY JIMINEZ**, Individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**DOLLAR GENERAL, CORP.,**<br><br>Defendant. | Case No. 1:17-cv-01014-STA-egb<br><br>**RULE 23 CLASS ACTION AND FLSA COLLECTIVE ACTION**<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs, Rebecca Beaver and Holly Jiminez, and their counsel hereby give notice that the above-captured action is voluntarily dismissed, without prejudice, against Defendant Dollar General, Corp.

Dated: April 17, 2017

Respectfully submitted,

*s/ Gordon E. Jackson*
Gordon E. Jackson (TN Bar No. 08323)
James L. Holt, Jr. (TN Bar No. 012123)
J. Russ Bryant (TN Bar No. 033830)
Paula R. Jackson (TN Bar No. 020149)
**JACKSON, SHIELDS, YEISER & HOLT**
262 German Oak Drive
Memphis, TN 38018
Telephone: (901) 754-8001
Facsimile: (901) 754-8524
*gjackson@jsyc.com*
*jholt@jsyc.com*
*rbryant@jsyc.com*
*pjackson@jsyc.com*
**COUNSEL FOR PLAINTIFFS**

# CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) has been filed electronically with the Clerk's office by using the CM/ECF system on April 17, 2017. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's electronic filing system.

         *s/ Gordon E. Jackson*_____
         Gordon E. Jackson