UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

**REBECCA BEAVER,**
**HOLLY JIMENEZ,**

    Plaintiffs

**JUDGMENT IN A CIVIL CASE**

v.

**DOLLAR GENERAL CORPORATION**

    Defendant

CASE NO: 17-1014-STA-egb

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Notice of Voluntary Dismissal Pursuant To F.R.C.P. 41(a)(1)(A)(i) entered on April 17, 2017, this cause is hereby dismissed without prejudice.


    **APPROVED:**

**s/ S. Thomas Anderson**
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 4/19/2017**


    THOMAS M. GOULD
    Clerk of Court

    s/Maurice B. BRYSON

    (By) Deputy Clerk